NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALLYSSABETH KLEIN, RUSSELL B. )
KLEIN, and TRAVIS KLEIN, )
                                  )
         Appellants, )
                                  )
v. )          Case No. 2D18-3975
                                  )
KENNETH D. KLEIN, individually and as )
trustee for the Arthur S. Klein Living Trust )
Agreement u/a/d February 12, 2010, Sub- )
Trust f/b/o Kenneth D. Klein, )
                                  )
         Appellee. )
_____ )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Brian M. O'Connell, Ashley Crispin Ackal,
Joielle "Joy" Foglietta Craig, Clara C.
Ciadella, and Morgan E. Metzger of
O'Connell & Crispin Ackal, PLLC, Palm
Beach, for Appellants.

Laura Bourne Burkhalter of Laura Bourne
Burkhalter, PA, Fort Lauderdale, for
Appellee.

PER CURIAM.

         Affirmed.

CASANUEVA, MORRIS, and SALARIO, JJ., Concur.